1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   PAULA M. WEBER #121144
2  paula.weber@pillsburylaw.com
   MARLEY DEGNER #251923
3  marley.degner@pillsburylaw.com
   STEPHEN E. BERGE #274329
4  stephen.berge@pillsburylaw.com
   Four Embarcadero Center, 22nd Floor
5  Post Office Box 2824
   San Francisco, CA  94126-2824
6  Telephone:  (415) 983-1000
   Facsimile:  (415) 983-1200
7
   Attorneys for Defendants
8  PACIFIC BELL TELEPHONE COMPANY
   dba AT&T CALIFORNIA, FMR LLC, SEDGWICK
9  CLAIMS MANAGEMENT SERVICES, and AON
   HEWITT BENEFIT PAYMENT SERVICES LLC
10

11              UNITED STATES DISTRICT COURT

12             CENTRAL DISTRICT OF CALIFORNIA

13                    SOUTHERN DIVISION

14  _____
                                    )
15  CHARLOTTE ERNSTING, an          )   Case No. 8:15-cv-1682-JVS-KES
    individual,                     )
16                                  )   **DEFENDANTS PACIFIC**
                 Plaintiff,         )   **BELL TELEPHONE**
17                                  )   **COMPANY, FMR LLC,**
          vs.                       )   **SEDGWICK CLAIMS**
18                                  )   **MANAGEMENT SERVICES,**
    PACIFIC BELL TELEPHONE          )   **INC., AND AON HEWITT**
19  COMPANY, a California corporation, )  **BENEFIT PAYMENT**
    dba AT&T California, HELMSMAN    )   **SERVICES' NOTICE OF**
20  MANAGEMENT SERVICES, LLC;       )   **MOTION AND MOTION TO**
    AT&T INC.; FMR LLC; SEDGWICK    )   **DISMISS [Fed. R. Civ. P.**
21  CLAIMS MANAGEMENT               )   **12(b)(6)] OR TO STRIKE [Fed.**
    SERVICES, INC.; AON HEWITT      )   **R. Civ. P. 12(f)] AND FOR**
22  BENEFIT PAYMENT SERVICES        )   **MORE DEFINITE**
    LLC; and DOES 1 through 11,     )   **STATEMENT [Fed. R. Civ. P.**
23  inclusive,                      )   **12(e)**
                                    )
24               Defendants.        )   Date: December 7, 2015
                                    )   Time: 1:30 P.M.
25  _____)   Courtroom:  10C
                                        Judge: Hon. James V. Selna
26

27

28

4818-5724-2666.v1                       NOTICE OF MOTION AND MOTION TO DISMISS OR
                                        STRIKE AND FOR MORE DEFINITE STATEMENT
                                        Case No. 8:15-cv-1682-JVS-KES

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that at 1:30 PM on December 7, 2015, or as soon thereafter as the matter may be heard, in the courtroom of the Honorable James V. Selna, United States District Court Judge for the Central District of California, located at the Santa Ana Courthouse, Courtroom 10C, on 411 West Fourth Street, Santa Ana, CA 92701, Defendants Pacific Bell Telephone Company, FMR LLC, Sedgwick Claims Management Services, Inc., and Hewitt Associates LLC, incorrectly named as AON Hewitt Benefit Payment Services (the "Non-Helmsman Defendants") move for an order dismissing the Complaint pursuant to the Federal Rules of Civil Procedure 12(b)(6) or to strike pursuant to Federal Rule of Civil Procedure 12(f), or in the alternative, for an order for a more definite statement under Rules 10 and 12(e). This motion is made on the following grounds:

Plaintiff's first, second, third, fourth, fifth, sixth, and seventh causes of action fail to state a claim upon which relief may be granted on the grounds of ERISA preemption (29 U.S.C. § 1144(a)), workers' compensation preemption (Cal. Lab. Code §§ 3600(a), 3602(a)), the testimonial privilege (Cal. Civil Code § 47), and because they are not pleaded with the specificity required by law. Fed. R. Civ. P. 8, 9(b), 12(b)(6).

Each of Plaintiff's causes of action is improperly pleaded and should be dismissed; or, if the Court determines that Plaintiffs' claims are only partially preempted the preempted portions of the complaint should be stricken:

- ERISA-preempted allegations: 4:9-11; 4:13-18; 4:23-24; 5:4-7; 5:10-16.
- Workers' compensation-preempted allegations: 4:12; 4:16-18; 4:25; 5:8-9.

In the alternative, Plaintiff should be ordered to provide a more definite

1   statement.  Fed. R. Civ. P. 12(e).

2       This motion is based upon this Motion, the  accompanying

3   Memorandum of Points and Authorities, the records and files in this action,

4   any argument that may be given and/or requested at the hearing, and any and

5   all other matters this court deems necessary.

6       This motion is made following the conference of counsel pursuant to

7   L.R. 7-3 which took place on Thursday, October 22, 2015.

8

9   Dated:  October 27, 2015

10                          PILLSBURY WINTHROP SHAW
11                          PITTMAN LLP
                            PAULA M. WEBER
12                          MARLEY DEGNER
13                          STEPHEN E. BERGE

14

15
                            By ____/s/ Paula M. Weber_____
16                                  Paula M. Weber
17                          Attorneys for Defendant
                            PACIFIC BELL TELEPHONE
18                          COMPANY dba AT&T
19                          CALIFORNIA, SEDGWICK CLAIMS
                            MANAGEMENT SERVICES, and
20                          AON HEWITT BENEFIT PAYMENT
21                          SERVICES LLC

22

23

24

25

26

27

28